No. 1072.  FRANK N. CHAPLIN AND DAVID H. CHAPLIN, PETITIONERS, *v.* THE UNITED STATES.  April 29, 1912.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. P. F. Dunne, Mr. Charles H. Bates, Mr. Oscar A. Trippet* and *Mr. Sherley C. Ward* for the petitioners. *The Attorney General* and *Mr. Assistant Attorney General Knaebel* for the respondent.

